```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax                              OK/HAV
Attorneys for
SCOTT BAKER RIESS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-04-0135 DFL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING THE SENTENCING DATE |
| | ) | FROM MAY 19, 2005 TO JUNE 9, 2005 |
| SCOTT BAKER RIESS, | ) | |
| Defendant. | ) | |

    The defendant, Scott Baker Riess, and the government hereby stipulate to the continuance of the Sentencing Date from May 19, 2005 at 10:00 a.m. to June 9, 2005 at 10:00 a.m.  The change is due to scheduling conflicts.  The attorney for the government has authorized Bruce Locke to execute this document for him.

May 6, 2005                            /S/ - Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Scott Baker Riess

May 6, 2005                            /S/ - Bruce Locke
                                         ROB TICE-RASKIN
                                         Attorney for the United States

    IT IS SO ORDERED.

Dated: Mary 6, 2005               /s/ David F. Levi
                                         UNITED STATES DISTRICT JUDGE

1