UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED

MAR 2 1 2006

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

RE: RIESS, Scott Baker
Docket Number: 2:04CR00135-02
PERMISSION TO TRAVEL
<u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Cabo San Lucas and Mazatlan, Mexico, aboard a cruise liner. A patch will be applied prior to travel by the supervision officer in San Bernardino, in order to monitor potential drug use during the trip. The probationer is current with all supervision obligations, the fine and special assessment have been paid, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 9, 2005, the probationer was sentenced for the offense of Aiding and Assisting in the Presentation of a False Income Tax Return.

**Sentence imposed:** Three years probation with 4 months home detention with electronic monitoring, $1,000 fine, $100 special assessment.

**Dates and Mode of Travel:** April 22, 2006, to April 29, 2006, by way of Princess Cruise Lines.

**Purpose:** The probationer wishes to celebrate his 50th birthday with family and friends.

1

Rev. 03/2005
TRAVELOC.MRG

RE: **RIESS, Scott Baker**
    **Docket Number:   2:04CR00135-02**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

*[signature]*
**DENNIS F. FOXX**
**United States Probation Officer**

DATED:  March 15, 2006
        Sacramento, California
        DFF - df/sc

REVIEWED BY:  *[signature]*
**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___X___          Disapproved _____

__3/17/2006__             *[signature]*
Date                      **DAVID F. LEVI**
                          **Chief United States District Judge**