1 L. BRUCE LOCKE (#177787)
Moss & Locke
2 555 University Avenue, Suite 170
Sacramento, CA 95825
3 (916) 569-0667
(916) 569-0665 fax
4 Attorneys for
SCOTT BAKER RIESS

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8 UNITED STATES OF AMERICA,          )   No.  CR S-04-0135 DFL
                                     )
9                Plaintiff,          )
                                     )
10                                   )   STIPULATION AND ORDER
                                     )   FOR CLERK TO RETURN PASSPORT
       v.                            )   TO DEFENDANT
11                                   )
                                     )
SCOTT BAKER RIESS,                   )
12                                   )
                 Defendant.          )
13 _____  )

14        The defendant, Scott Baker Riess, and the government hereby stipulate that since Mr. Riess

15 has completed his home confinement, the Clerk of the Court should be ordered to return Mr. Riess's

16 passport to Mr. Riess by mailing it to his attorney, L. Bruce Locke.  Mr. Tice-Raskin has authorized

17 Bruce Locke to sign this stipulation for him.  The probation officer has advised Mr. Tice-Raskin that

18 he has no objection to the return of the passport.

19 December 14, 2006                    /S/ - Bruce Locke_____
                                        BRUCE LOCKE
20                                      Attorney for Scott Baker Riess

21

22 December 14, 2006                    /S/ - Bruce Locke_____
                                        ROB TICE-RASKIN
23                                      Attorney for the United States
                                        By Bruce Locke

24

25        IT IS SO ORDERED.

   DATED: December 15, 2006
26
                                        /s/ David F. Levi_____
27                                      UNITED STATES DISTRICT JUDGE

28

29                                   1