UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

>                    RE:   **Scott Baker RIESS**
>                          **Docket Number:   2:04CR00135-02**
>                          **PERMISSION TO TRAVEL**
>                          **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Rosarito Beach, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 9, 2005, Mr. Riess was sentenced for the offense of 26 USC 7206(2) - Aiding and Assisting in the Presentation of a False Income Tax Return.

**Sentence imposed:** 36 months Probation; $1,000 Fine; and $100 Special Assessment. Special conditions included: Search; Financial restrictions and disclosure; Drug/alcohol treatment and testing; 120 days home detention; and submit to DNA collection.

**Dates and Mode of Travel:** The probationer is requesting a 7 day travel permit in the month of September, 2007. Exact dates will be determined once approval is granted. The probation officer will confirm travel arrangements prior to issuing the travel permit.

**RE:    Scott Baker RIESS**
       **Docket Number:   2:04CR00135-02**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**DATED:**   August 30, 2007
            Elk Grove, California
            DAS/cj

---

ORDER OF THE COURT:

**Approved   X**                    **Disapproved _____**

 **August 31, 2007**
**Date**                                      **United States District Judge**